B 1 (Official Form 1) (1/08)

**United States Bankruptcy Court**
**District of Delaware**

Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): <br> Moll Industries, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all): <br> 04-3084238 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): <br> 13455 Noel Road, Suite 1310 <br> Dallas, TX      ZIP CODE 75240 | Street Address of Joint Debtor (No. and Street, City, and State): <br>      ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> Dallas County, Texas | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br>      ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br>      ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br>      ZIP CODE | |

| Type of Debtor <br> (Form of Organization) <br> (Check one box.) | Nature of Business <br> (Check one box.) | Chapter of Bankruptcy Code Under Which <br> the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) <br> *See Exhibit D on page 2 of this form.* <br> ☑ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 9 <br> ☑ Chapter 11 <br> ☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding <br> ☐ Chapter 13 |
| | **Tax-Exempt Entity** <br> (Check box, if applicable.) <br> ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** <br> (Check one box.) <br> ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached. <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br><br> Check if: <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000. <br> -------------------------------------------- <br> Check all applicable boxes: <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☑ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☑ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Moll Industries, Inc. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed: Western District of Texas, San Antonio Division | Case Number:<br>02-54341-RBK | Date Filed:<br>9/6/2002 |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: District of Delaware | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Moll Industries, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *[signature]* William G. Hazeltine
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)
**William A. Hazeltine (No. 3294)**
Firm Name
**Sullivan Hazeltine Allinson LLC**
Address **4 East 8th Street, Suite 400**
**Wilmington, DE 19801**

**302-428-8191**
Telephone Number
**4/27/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual
**Jim Campbell**
Printed Name of Authorized Individual
**Chief Financial Officer, Secretary and Treasurer**
Title of Authorized Individual
**4/27/2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Schedule 2

**PENDING BANKRUPTCY CASES CONCURRENTLY FILED BY THIS DEBTOR AND AFFILIATED DEBTORS IN THE UNITED STATE BANKRUPTCY COURT, DISTRICT OF DELAWARE**

| Name of Debtor: Moll Industries, Inc. | Tax I.D. No.: 04-3084238 | Date Filed: April 27, 2010 |
|---|---|---|
| District: District of Delaware | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Moll Holdings, Inc. | Tax I.D. No.: 20-2188274 | Date Filed: April 27, 2010 |
|---|---|---|
| District: District of Delaware | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Moll Europe Holdings, LLC | Tax I.D. No.: None | Date Filed: April 27, 2010 |
|---|---|---|
| District: District of Delaware | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Moll Latin America Holdings, LLC | Tax I.D. No.: None | Date Filed: April 27, 2010 |
|---|---|---|
| District: District of Delaware | Relationship: Affiliate | Judge: Pending |

On the date hereof, each of the affiliated entities listed above (including the debtor in this Chapter 11 case) filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion will be filed with the Court requesting the chapter 11 cases of these entities be consolidated for procedural purposes and jointly administered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| MOLL INDUSTRIES, INC., *et al.*,[1] | ) | Case No. 10-_____ (____) |
| | ) | |
| Debtors. | ) | Joint Administration Pending |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS[2]

The following is the consolidated list of creditors holding the twenty (20) largest unsecured claims against above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") (the "List of Creditors"). The List of Creditors reflects estimated amounts owed by the Debtors as of the Petition Date.

The List of Creditors has been prepared on a consolidated basis from the books and records of the Debtors as of April 27, 2010. The Debtors take no position at this time regarding whether any of the parties included in the List of Creditors are "insiders" of the Debtors, as that term is defined in the Bankruptcy Code, and the inclusion or exclusion of any party on the List of Creditors shall not constitute an admission by, nor shall it be binding on, the Debtors in any respect. The Debtors expressly reserve the right to, in their sole discretion, challenge the validity, priority and/or amount of any obligation reflected herein.

---

[1] The Debtors are the following entities: Moll Industries, Inc.; Moll Holdings, Inc.; Moll Europe Holdings, LLC; and Moll Latin America Holdings, LLC.

[2] This list does not include the senior secured debt claims of holders of senior secured debt even though such claims are undersecured.

| Name of creditor and complete mailing address, including zip code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| PENSION BENEFIT GUARANTE CORP. Reportable Events Dept. of Insurance Supervision and Compliance 1200 K Street, N.W., Suite 270 Washington, DC 20005-4026 | UNDERFUNDED PENSION LIABILITY | | $3,563,100.00 |
| RANCO INC/ROBERTSHAWN CONTROLS 8161 US Route 42 North Plain City, OH 430364 | JUDGMENT | | $1,000,393.22 |
| POLYONE P.O. BOX 63177 Charlotte, NC 28263 | TRADE DEBT- Raw Material | | $282,830.98 |
| KATTEN MUCHIN ROSENMAN 401 S Tryon Street, Suite 2600 Charlotte, NC 28202-1935 | LEGAL FEES | | $247,023.10 |
| ANDREWS KURTH LLP P.O. BOX 201785 Houston, TX 77216-1785 | LEGAL FEES | | $177,766.73 |
| RANDOLPH ELECTRIC P.O. BOX 40 Asheboro, NC 27204 | UTILITY- Electricity | | $150,550.01 |
| EASTMAN CHEMICAL COMPANY P.O. BOX 75794 Charlotte, NC 28275-0794 | TRADE DEBT- Raw Material | | $129,529.40 |
| TM ACCEPTANCE CORP. P.O. BOX 66204 Chicago, IL 60666-6204 | TRADE DEBT- Machinery | | $115,385.00 |
| HIGHLAND CAPITAL MANAGEMENT 13455 Noel Rd., Suite 800 Dallas, TX 75240 | TRADE DEBT- Corp Office Lease | | $93,288.14 |
| WILLIS OF TEXAS P.O. BOX 730310 Dallas, TX 75373 | INSURANCES | | $67,988.08 |
| HEILIND ELECTRONICS P.O. BOX 405221 Atlanta, GA 30384-5221 | TRADE DEBT- Raw material | | $62,595.77 |

| Name of creditor and complete mailing address, including zip code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| CISTECH<br>P.O. BOX 63177<br>Charlotte, NC 28263 | TRADE DEBT-<br>IT services | | $62,255.00 |
| EPES EXPRESS SERVICES<br>P.O. BOX 35884<br>Greensboro, NC 27425-5884 | TRADE DEBT-<br>Freight | | $57,178.13 |
| LUBRIZOL ANDVANCED MATERIALS<br>P.O. BOX 643050<br>Pittsburgh, PA 15264 | TRADE DEBT-<br>Raw Material | | $51,398.00 |
| SELECTING STAFFING<br>24223 Network Place<br>Chicago, IL 60673-1242 | TRADE DEBT-<br>Temporal Labor | | $48,933.67 |
| NEGRI BOSSI USA<br>210 EXECUTIVE DR. BLDG. 3 Newark, DE 19702 | TRADE DEBT-<br>Machinery | | $48,592.00 |
| CAROLINA CONTAINER CO.<br>P.O. BOX 2166<br>High Point, NC 27261 | TRADE DEBT-<br>Packaging | | $43,733.02 |
| SABIC INNOVATIVE PLASTICS<br>24481 Network Place<br>Chicago, IL 60673-1244 | TRADE DEBT-<br>Raw Material | | $43,231.16 |
| ACCUCHROME TOOL & MOLD<br>240 Rock Crusher Road<br>Asheboro, NC 27203 | TRADE DEBT-<br>Tooling | | $42,950.00 |
| TARHEEL PAPER & SUPPLY CO<br>3200 Centre Park Blvd.<br>Winston-Salem, NC 27360 | TRADE DEBT-<br>Packaging | | $35,953.23 |
| AUTOMATED PACKAGING SYSTEM<br>P.O. BOX 643916<br>Cincinnati, OH 45264-3916 | TRADE DEBT-<br>Packaging | | $27,098.28 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| MOLL INDUSTRIES, INC., *et al.*,[3] | ) | Case No. 10-_____ (____) |
| | ) | |
| Debtors. | ) | Joint Administration Pending |

### DECLARATION REGARDING CREDITORS
### HOLDING THE TWENTY LARGEST UNSECURED CLAIMS

I, Jim Campbell, am an authorized officer of Moll Industries, Inc. and each of the other Debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors"), and in such capacities am familiar with the financial affairs of each of the Debtors. I declare under penalty of perjury that I have read and reviewed the foregoing Consolidated List of Creditors Holding the Twenty (20) Largest Unsecured Claims against the Debtors and that the information included therein is true and correct to the best of my knowledge, information and belief.

Dated: April 27, 2010

                                                                              */s/ Jim Campbell*
                                                                     Name: Jim Campbell
                                                                     Title: Chief Financial Officer for Moll
                                                                     Industries, Inc. and its Affiliated Debtors
                                                                     and Debtors in Possession

---

[3] The Debtors are the following entities: Moll Industries, Inc.; Moll Holdings, Inc.; Moll Europe Holdings, LLC; and Moll Latin America Holdings, LLC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| MOLL INDUSTRIES, INC., | ) | Case No. 10-_____ (____) |
| | ) | |
| Debtor. | ) | Joint Administration Pending |

## LIST OF EQUITY SECURITY HOLDERS AND
## CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtor, Moll Industries, Inc., submits the following information:

| Equity Holder (All Common Shares) | % Owned | Owner Information |
|---|---|---|
| Moll Holdings, Inc. | 100% | 13455 Noel Road, Suite 1310 Dallas, TX 75240 |

Date: April 27, 2010
Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

*[signature]*

William A. Hazeltine (No. 3294)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
whazeltine@sha-llc.com

*Proposed Attorneys for the Debtors and Debtors-in-Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| MOLL INDUSTRIES, INC., | ) | Case No. 10-_____ (____) |
| | ) | |
| Debtor. | ) | Joint Administration Pending |

## DECLARATION REGARDING AMENDED LIST OF EQUITY SECURITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT

I, Jim Campbell, as Chief Financial Officer of each of the debtors in these chapter 11 cases, declare under penalty of perjury that I reviewed the attached List of Equity Security Holders and Corporate Ownership Statement and that it is true and correct as of April 27, 2010, to the best of my knowledge, information and belief.

Date: April 27, 2010

Signature: _____
Jim Campbell
Chief Financial Officer

# MOLL INDUSTRIES, INC.

## SECRETARY'S CERTIFICATE

The undersigned, Jim Campbell, on behalf of Moll Industries, Inc., a Delaware corporation (the "Company"), hereby certifies as follows:

1. I am the duly elected, qualified and acting Secretary of the Company, familiar with the facts herein certified and duly authorized to certify to the same.

2. Attached here to as Exhibit A is a true, correct and complete copy of the recitals and resolutions duly adopted by the Company's Board of Directors (the "Board") at the special meeting of the Board held on April 27, 2010 relating to the approval of the Company's filing.

IN WITNESS WHEREOF, the undersigned has executed this Secretary's Certificate as of April 27, 2010.

_____
Jim Campbell
Secretary

EXHIBIT A

# RESOLUTION OF THE
# BOARD OF DIRECTORS OF MOLL INDUSTRIES, INC.

WHEREAS, the Board of Directors (the "Board") of Moll Industries, Inc., a Delaware corporation (the "Company"), have reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, and credit market conditions; and

WHEREAS, the Board has had the opportunity, with the advice of the Company's management and restructuring professionals, to fully consider the strategic alternatives available to the Company and the potential impact of such alternatives on the Company's business:

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that a voluntary petition (the "Petition") be filed by the Company under the provisions of Title 11 of the United States Code (the Bankruptcy Code"); and it is further;

RESOLVED, that the Company shall execute and file all petitions, schedules, lists and other paper or documents, and to take any and all action, that is reasonable, advisable, expedient, convenient, necessary or proper to obtain such relief under the Bankruptcy Code; and it is further;

RESOLVED, that Jeffrey C. Merritt, the Chief Restructuring Officer (the "Designated Officer") be, and hereby is, acting alone, authorized, directed and empowered, on behalf of and in the name of the Company, (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is further;

RESOLVED, that the law firm of Sullivan Hazeltine Allinson LLC ("SHA-LLC") be, and hereby is, authorized and empowered to represent the Company as its general bankruptcy counsel, and to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and, at the direction of the Designated Officer, to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the bankruptcy case commenced by the Company; and in connection therewith, the Designated Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of SHA-LLC; and it is further;

RESOLVED, that Delaware Claims Agency ("DCA") be, and hereby is, authorized and empowered to serve as the notice, claims, solicitation and balloting agent in connection with the