# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOLL INDUSTRIES, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11371 (MFW)<br>(Jointly Administered) |

## NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby enter their appearance in the above-captioned chapter 11 cases on behalf of the Official Committee of Unsecured Creditors, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and hereby demand copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters, and other proceedings in these cases, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with

---

[1] The Debtors in these cases are as follows: Moll Industries, Inc., Case No. 10-11371 (MFW); Moll Holdings, Inc., Case No. 10-11372 (MFW); Moll Eurpoe Holdings, LLC, Case No. 10-11373 (MFW); and Moll Latin America Holdings, LLC, Case No. 10-11374 (MFW).

WCSR 4373238v1

the court a request that all notices be mailed to them) be given to and served upon the undersigned:

>Michael G. Busenkell
>Mark L. Desgrosseilliers
>Ericka F. Johnson
>Womble Carlyle Sandridge & Rice, PLLC
>222 Delaware Avenue, Ste. 1501
>Wilmington, DE 19801
>Telephone: (302) 252-4320
>Facsimile: (302) 252-4330
>E-mail: mbusenkell@wcsr.com
>E-mail: mdesgrosseilliers@wcsr.com
>E-mail erjohnson@wcsr.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, or otherwise, that affect the above-captioned debtors or the property of the above-captioned debtors.

*[Signature on following page]*

Dated: May 11, 2010          **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

/s/ Michael G. Busenkell
Michael G. Busenkell (DE Bar No. 3933)
Mark L. Desgrosseilliers (DE Bar No. 4083)
Ericka F. Johnson (DE Bar No. 5024)
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: mbusenkell@wcsr.com
E-mail: mdesgrosseilliers@wcsr.com
E-mail erjohnson@wcsr.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*