UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Moll Industries, Inc., *et al.* | : | Case No. 10-11371 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Lubrizol Advanced Materials, Inc.**, Attn: James Kaiser, 9911 Breckville Rd., Cleveland, OH 49191, Phone: 516-447-6325, Fax: 216-447-6335

2. **Randolph Electric Membership Corp.**, Attn: Sonya Husband, PO Box 40, Asheboro, NC 27204, Phone: 336-625-5177, Fax: 336-629-7234

3. **PolyOne Corporation**, Attn: Woodrow Ban, 33587 Walker Rd., Avon Lake, OH 44012, Phone: 440-930-1000, Fax: 440-930-3830

4. **SERP Non-Qualified Retirement Plan**, c/o Al Holifield, 8351 E. Walker Springs Ln., Ste. 303, Knoxville, TN 37923, Phone: 865-566-0115, Fax: 509-468-7100

5. **Robertshaw Controls Co. & Ranco North America, LP**, Attn: Carol A. Newman, 191 East North Ave., Carol Stream, IL 60188, Phone: 630-260-3126, Fax: 630-260-3091


ROBERTA A. DeANGELIS
Acting United States Trustee, Region 3


  /s/ David L. Buchbinder   for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: May 11, 2010

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: William A. Hazeltine, Esquire, Phone: (302) 428-8191, Fax: (302) 428-8195