# United States Bankruptcy Court
District of Delaware

In re Moll Industries, Inc,
Debtor

Case No. 10-11371 (MFW)

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $2,605,464.00 | | |
| B - Personal Property | YES | 3 | $7,864,389.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $66,997,156.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $3,164,774.10 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $0.00 |
| TOTAL | | 15 | $10,469,853.00 | $70,161,930.10 | |

# United States Bankruptcy Court

District of Delaware

In re  Moll Industries, Inc                     ,
           Debtor

Case No.  10-11371 (MFW)

Chapter  11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 0.00 |

B6A (Official Form 6A) (12/07)

In re **Moll Industries, Inc**,    Case No. **10-11371 (MFW)**
         Debtor                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6996 US HIGHWAY NORTH 220 SEAGROVE, NC 27341 | OWNER | | 2,605,464.00 | 100% |
| | | Total▶ | 2,605,464.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  Moll Industries, Inc                    ,                    Case No. 10-11371 (MFW)
          Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Operating Account | | 235,401.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | Security Deposits | | 26,100.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | 0.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | 0.00 |
| 6. Wearing apparel. | X | | | 0.00 |
| 7. Furs and jewelry. | X | | | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | 0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | 0.00 |

B 6B (Official Form 6B) (12/07) -- Cont.

In re Moll Industries, Inc , Case No. 10-11371 (MFW)
Debtor (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | 0.00 |
| 16. Accounts receivable. | | Trade | | 1,797,349.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | 0.00 |

In re  Moll Industries, Inc ,  Case No. 10-11371 (MFW)
    Debtor    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Patents | | 18,208.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Transportation Trucks | | 11,884.00 |
| 26. Boats, motors, and accessories. | X | | | 0.00 |
| 27. Aircraft and accessories. | X | | | 0.00 |
| 28. Office equipment, furnishings, and supplies. | X | | | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Production Machinery | | 4,620,632.00 |
| 30. Inventory. | | Raw Material, Prod in Progress, Finish Goods | | 1,154,815.00 |
| 31. Animals. | X | | | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | 0.00 |
| 33. Farming equipment and implements. | X | | | 0.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | 0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | 0.00 |

_____ continuation sheets attached    Total▶  $  7,864,389.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re Moll Industries Inc, _____ ,   Case No. 10-11371 (MFW) _____
            Debtor                                                             (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. See attachemnt D | | | 2004 Security Interest in all assets  VALUE $ 66,997,156.0 | | | | 66,997,156.00 | 0.00 |
| ACCOUNT NO. | | | VALUE $ | | | | 0.00 | 0.00 |
| ACCOUNT NO. | | | VALUE $ | | | | 0.00 | 0.00 |
| \_\_\_ continuation sheets attached | | | Subtotal ► (Total of this page) | | | | $ 66,997,156.00 | $ 0.00 |
| | | | Total ► (Use only on last page) | | | | $ 66,997,156.00 | $ 0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

ATTACHMENT "D"  Schedule D

### MOLL TERM LOAN

| Lender | Current Commitment | Current % |
|---|---:|---:|
| Highland Legacy Ltd. | $3,817,707.49 | 11.46818992 |
| Highland Loan Funding V Ltd | $3,817,707.49 | 11.46818992 |
| Longhorn Credit Funding LLC | $7,252,886.59 | 21.78728493 |
| Pam Capital Funding, LP | $10,051,714.40 | 30.19481456 |
| Pamco Cayman Ltd. | $3,817,707.49 | 11.46818992 |
| Restoration Funding CLO, LTD | $4,531,814.98 | 13.61333077 |

### Moll Sub Term Loan

| Lender | Current Commitment | Current % |
|---|---:|---:|
| Highland Crusader Offshore Partr | $500,974.93 | 9.09091219 |
| Highland Loan Funding V Ltd | $834,957.03 | 15.15149881 |
| Pamco Cayman Ltd. | $1,669,915.80 | 30.30302928 |
| Restoration Funding CLO, LTD | $2,504,874.58 | 45.45455971 |

### Moll Revolver Loan

| Lender | Current Commitment | Current % |
|---|---:|---:|
| Highland Legacy Ltd. | $3,030,000.00 | 20 |
| Highland Loan Funding V Ltd | $3,030,000.00 | 20 |
| Pam Capital Funding, LP | $6,060,000.00 | 40 |
| Restoration Funding CLO, LTD | $3,030,000.00 | 20 |

| | |
|---|---:|
| Subtotal | $53,950,260.78 |
| Accrued Interest | $13,046,895.22 |
| Total | $ 66,997,156.00 |

B 6E (Official Form 6E) (12/07)

In re  Moll Industries, Inc                    ,                    Case No. 10-11371 (MFW)
                    Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re  Moll Industries, Inc                         ,          Case No. 10-11371 (MFW)
                    **Debtor**                                                (if known)

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. ____ of ____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page) $ | $

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ — 0 — | $ — 1 —

B 6F (Official Form 6F) (12/07)

In re  Moll Industries, Inc                    ,                Case No. 10-11371 (MFW)
                Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. See attachment F | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | Subtotal▶ | $ |

 1  continuation sheets attached

Total▶ $ 3,164,774.10
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

EXHIBIT "F" Schedule F

| # | Entity | Name | Current T | 1 to 30 | 31 to 60 | 61 to 90 | Over 90 | Total | Address |
|---|--------|------|-----------|---------|----------|----------|---------|-------|---------|
| 0 | | RANCOL INC/ ROBERSHAW CONTROLS | | | | | | (1,000,393.22) | |
| 1 | 71504R | POLYONE DISTRIBUTION Total | (134,041.11) | (88,124.07) | (60,665.80) | - | - | (282,830.98) | Dept 10489 Palatine, IL 60055-4089 |
| 2 | 11041R | KATTEN MUCHIN ROSENMAN LLP Total | - | (3,828.66) | - | (243,194.44) | - | (247,023.10) | 401 S Tryon Street, Suite 2600, Charlotte NC 28202-1935 |
| 3 | 10087R | ANDREWS & KURTH, LLP Total | - | (22,199.32) | (11,123.44) | (144,443.97) | - | (177,766.73) | PO BOX 201785, Houston TX, 77216-1785 |
| 4 | 71707R | RANDOLPH ELECTRIC Total | - | (46,735.28) | (43,463.38) | (60,351.35) | - | (150,550.01) | PO BOX 40, Asheboro NC 27204 |
| 5 | 70402R | EASTMAN CHEMICAL Total | - | (129,529.40) | - | - | - | (129,529.40) | PO BOX 75794, Charlotte NC 28275-0794 |
| 6 | 11928R | TM ACCEPTANCE CORP Total | - | - | (8,256.93) | (107,128.07) | - | (115,385.00) | PO BOX 66204, Chicago IL 60666-6204 |
| 7 | 10734R | HIGHLAND CAPITAL MANAGEMEN Total | - | (11,145.00) | (11,145.00) | (70,998.14) | - | (93,288.14) | 13455 Noel Rd Suite 800, Dallas TX 75240 |
| 8 | 12247R | WILLIS OF TEXAS Total | - | - | (18,225.19) | (49,762.89) | - | (67,988.08) | PO BOX 730310, Dallas TX 75373 |
| 11 | 70728R | HEILIND ELECTRONICS, INC. Total | (42,687.14) | (14,061.97) | (5,846.66) | - | - | (62,595.77) | PO BOX 405221, Atlanta GA 30384-5221 |
| 9 | 10241R | CISTECH, INC. Total | (12,451.00) | (12,451.00) | (24,902.00) | (12,451.00) | - | (62,255.00) | PO BOX 63177, Charlotte NC 28263 |
| 10 | 70433R | EPES EXPRESS SERVICES Total | - | (15,162.00) | (17,361.25) | (24,654.88) | - | (57,178.13) | PO BOX 35884, Greensboro NC 27425-5884 |
| 12 | 71132R | LUBRIZOL ADVANCED MATER Total | (51,398.00) | - | - | - | - | (51,398.00) | PO BOX 643050, Pittsburgh PA 15264 |
| 13 | 71890R | SELECTING STAFFING Total | - | (9,332.62) | (14,838.35) | (24,762.70) | - | (48,933.67) | 24223 Network Place, Chicago, IL 60673-1242 |
| 14 | 41308R | NEGRI BOSSI USA INC Total | - | - | - | (48,592.00) | - | (48,592.00) | 210 EXECUTIVE DR BLDG 3, Newark DE 19702 |
| 15 | 70202R | CAROLINA CONTAINER CO Total | (16,952.71) | (14,221.78) | (10,905.80) | (1,652.73) | - | (43,733.02) | PO BOX 2156, High Point NC 27261 |
| 16 | 71882R | SABIC INNOVATIVE PLASTICS Total | (11,825.73) | (26,631.00) | (4,774.43) | - | - | (43,231.16) | 24481 Network Place, Chicago IL 60673-1244 |
| 17 | 70002R | ACCUCHROME TOOL & MOLD Total | - | - | (12,980.00) | (29,970.00) | - | (42,950.00) | 240 Rock Crusher Road, Asheboro NC 27203 |
| 18 | 71900R | TARHEEL PAPER & SUPPLY CO. Total | (26,090.13) | (9,060.45) | (802.65) | - | - | (35,953.23) | 3200 Centre Park Blvd, Winstom-Salem NC 27360 |
| 19 | 70143R | AUTOMATED PACKAGING SYSTEM Total | (9,333.35) | (17,948.17) | 183.24 | - | - | (27,098.28) | PO BOX 643916, Cincinatti OH 45264-3916 |
| 20 | 70443R | EPEC LLC Total | - | (19,320.19) | - | - | - | (19,320.19) | 774169-4169 Solutions Center, Chicago IL 60677-4001 |
| 21 | 71958R | THE AGENCY, INC Total | (1,884.96) | (6,338.81) | (8,392.61) | (2,090.09) | - | (18,706.47) | PO BOX 202056, Dallas TX 75320-2056 |
| 22 | 10849R | INFOR Total | - | (13,415.10) | - | - | - | (15,768.72) | PO BOX 933774, Atlanta GA 31193-3751 |
| 23 | 10624R | GODFREY & KAHN S.C. Total | - | - | (775.50) | (12,307.99) | - | (13,083.49) | 780 North Water Street, Milwaukee WI 53202-3590 |
| 24 | 72004R | ULINE INC Total | (4,222.56) | (4,599.07) | (2,185.60) | - | - | (11,007.23) | 2200 Lakeside Drive, Waukegan IL 60085-8361 |
| 25 | 12035R | UMR Total | - | (10,775.96) | - | - | - | (10,775.96) | 75 Remittance Dr, Chicago IL 60675-6966 |
| 26 | 70431R | ECOLAB PEST ELIM Total | - | (1,778.00) | (1,778.00) | (7,112.00) | - | (10,668.00) | PO BOX 6007, Grand Forks, ND 58206-6007 |
| 27 | 11980R | TRAVELERS Total | - | (9,242.63) | - | (1,421.00) | - | (10,663.63) | CL & Specialty Remittance Center, Hartford CT 06183-1008 |
| 28 | 71741R | RJG INC Total | - | (8,595.00) | - | (1,518.00) | - | (10,113.00) | 3111 PARK DRIVETRAVERSE CITYUS49686MI |
| 29 | 70439R | CENTURY LINK FORMER EMBAR Total | - | (2,598.63) | (2,474.64) | (4,498.48) | - | (9,571.75) | P.O. BOX 96064CHARLOTTEUS28296-0064NC |
| 30 | 70749R | HALL DIELECTRIC MACHINERY Total | - | - | - | (9,442.46) | - | (9,442.46) | 420 BRYANT BLVDROCK HILL, SOUTH CAROLINAUS29732SC |
| 31 | 11894R | SUN LIFE FINANCIAL Total | - | - | (2,920.95) | (5,807.49) | - | (8,728.44) | PO BOX 7247-0381PHILADELPHIAUS19170-0381PA |
| 32 | 71929R | TOSHIBA MACHINE CO Total | - | (513.87) | (5,601.26) | (2,475.81) | - | (8,590.94) | AMERICA755 GREENLEAF AVENUEELKGROVE VILLAGEUS60007IL |
| 33 | 70515R | FEDEX FREIGHT EAST Total | - | (1,134.70) | (3,036.68) | (4,142.03) | - | (8,313.41) | P.O. BOX 840HARRISONUS72602-0840AR |
| 34 | 70060R | ASHLAND DIST-PLASTIC DIV Total | (5,928.76) | - | (180.00) | - | - | (6,108.76) | 5200 BLAZER PKWYDUBLINUS43017OH |
| 35 | 71914R | TEKNOR APEX Total | - | (5,940.60) | - | - | - | (5,940.60) | 505 CENTRAL AVEPAWTUCKETUS2861RI |
| 36 | 10111R | AICCO, INC Total | - | (2,816.85) | (2,758.17) | - | - | (5,575.02) | PO BOX 200455DALLASUS75320-0455TX |
| 37 | 71514R | PERFECSEAL INC Total | - | (5,409.80) | - | - | - | (5,409.80) | 9800 BUSTLETON AVENUEPHILADELPHIAUS19115PA |
| 38 | 11876R | SPRINT/13127477 Total | - | - | (2,644.78) | (2,644.78) | - | (5,289.56) | P.O. BOX 219623KANSAS CITYUS64121-9623MO |
| 39 | 71705R | REEDER PALLET CO INC Total | - | (3,120.00) | (2,080.00) | - | - | (5,200.00) | 476 REEDER ROADSEAGROVEUS27341NC |
| 40 | 71842R | TRELLEBORG SEALING Total | (4,995.00) | - | - | - | - | (4,995.00) | DEPT CH 10999PALATINEUS60055-0999IL |
| 41 | 71547R | PCS CO Total | - | - | - | (4,777.90) | - | (4,777.90) | 75 REMITTANCE DRIVE SUITE 3028CHICAGOUS60675-3028IL |
| 42 | 70263R | COLORITE POLYMERS Total | - | - | - | (4,703.66) | - | (4,703.66) | PO BOX 1811BNEWARKUS7191NJ |
| 43 | 71592R | PACKWORLDUSA Total | - | - | (4,320.52) | - | - | (4,320.52) | |
| 44 | 11860R | SUN LIFE OF CANADA Total | - | - | - | (3,878.57) | - | (3,878.57) | PO BOX 2274CAROL STREAMUS60132-2274IL |
| 45 | 10122R | AT&T MOBILITY Total | - | - | (1,841.46) | (1,988.09) | - | (3,829.55) | ACC2417356PO BOX 9004CAROL STREAMUS60197-9004IL |
| 46 | 71205R | MOLL - SEAGROVE DIVISION Total | - | - | - | (3,805.07) | - | (3,805.07) | |
| 47 | 70921R | JDV PRODUCTS, INC Total | (1,292.18) | (1,701.65) | - | (698.68) | - | (3,692.51) | 22-01 RAPHAEL STREETFAIR LAWNUS7410NJ |
| 48 | 70640R | GUY M TURNER INC Total | - | - | (3,500.00) | - | - | (3,500.00) | PO BOX 77764514 S HOLDEN RD 27406GREENSBOROUS27417NC |
| 49 | 70504R | FEDEX Total | - | (2,310.96) | (1,166.87) | - | - | (3,477.83) | P.O. BOX 1140MEMPHISUS38101-1140TN |
| 50 | 70110R | ALLIED WASTE SERVICES #778 Total | - | (1,050.10) | (2,115.23) | - | - | (3,165.33) | 1137 ALBEMARLE ROADTROYUS27371NC |
| 51 | 71214R | MILACRON MARKETING CO Total | - | - | (3,138.00) | - | - | (3,138.00) | 15720 JOHN J DELANEY DRSUITE 300CHARLOTTEUS28277-2747NC |
| 52 | 72303R | XPEDX Total | - | - | - | (2,612.53) | - | (2,612.53) | 3900 SPRING GARDEN STGREENSBOROUS27407NC |
| 53 | 71736R | RJG, INC. Total | - | - | - | (2,611.00) | - | (2,611.00) | 3111 PARK DRIVETRAVERSE CITYUS49686-4713MI |
| 54 | 70279R | CARSON Tool & MOLD Total | - | - | (2,550.50) | - | - | (2,550.50) | 3070 MOON STATION ROADKENNESAWUS30144GA |
| 55 | 70161R | ALSCO CLEANROOM Total | - | (975.81) | (1,556.29) | - | - | (2,532.10) | 3 YADKIN STREETDURHAMUS27703NC |
| 56 | 11942R | SUPERIOR VISION Total | - | (804.96) | (634.14) | (1,070.08) | - | (2,509.18) | P.O.BOX 201839DALLASUS75320TX |
| 57 | 71400R | OFFICE WAREHOUSE Total | (604.35) | (15.73) | (803.39) | (1,013.03) | - | (2,436.50) | 126 SCARBORO STREETASHEBOROUS27203NC |
| 58 | 71712R | REX OIL CO INC Total | - | - | (2,415.65) | - | - | (2,415.65) | 1000 LEXINGTON AVETHOMASVILLEUS27360NC |
| 59 | 70841R | INFOR GLOBAL SOLUTIONS Total | - | - | - | (2,353.62) | - | (2,353.62) | PO BOX 933751ATLANTAUS31193GA |
| 60 | 71216R | MEREDITH-SPRINGFIELD Total | - | - | - | (2,286.49) | - | (2,286.49) | ASSOCIATION INC321 MOODY STREETLUDLOWUS1056MA |
| 61 | 70700R | HEAT TECH SYSTEMS Total | - | (277.41) | (1,196.75) | (756.81) | - | (2,230.97) | 1496 CLEARVIEW DRIVEACWORTHUS30102GA |
| 62 | 70254R | CINTAS CORP Total | (459.65) | (1,010.99) | (692.53) | - | - | (2,163.17) | 4345 FEDERAL DRIVEGREENSBOROUS27410NC |
| 63 | 71212R | MILLIKEN CHEMICAL Total | - | - | - | (2,160.31) | - | (2,160.31) | P.O. BOX 1926,M416SPARTANBURGUS29304SC |
| 64 | 10439R | EMPLOYEE BENEFITS C Total | (1,500.00) | - | - | (461.00) | - | (1,961.00) | PO BOX 44347MADISONUS53744-4347WI |
| 65 | 70125R | BRADY SERVICES Total | (483.00) | (1,449.00) | - | - | - | (1,932.00) | P.O. BOX 13587GREENSBOROUS27415NC |
| 66 | 71591R | PACKAGING CORPORATION Total | - | - | (891.33) | (900.15) | - | (1,791.48) | |
| 67 | 70319R | DOMINO AMJET INC Total | - | (623.10) | (515.87) | (589.69) | - | (1,728.66) | 1290 LAKESIDE DRIVEGURNEEUS60031IL |
| 68 | 11302R | MHNET MENTAL HEALTH BEHA Total | - | - | (322.00) | (1,288.00) | - | (1,610.00) | PO BOX 911271DALLASUS75391-1271TX |
| 69 | 11903R | SAFESITE, INC. Total | - | (532.00) | (532.00) | (532.00) | - | (1,596.00) | 9505 JOHNNY MORRIS ROADAUSTINUS78724TX |
| 70 | 70830R | IFM EFECTOR DIV OF BROWN & Total | - | (1,243.76) | - | (276.50) | - | (1,520.26) | |
| 71 | 71224R | M. HOLLAND CO Total | - | - | - | (1,470.00) | - | (1,470.00) | 400 SKOKIE BLVD,STE 600NORTHBROOKUS60062IL |
| 72 | 71714R | R.M.S. Total | - | - | - | (1,426.68) | - | (1,426.68) | 8600 EVERGREEN BLVDMINNEAPOLISUS55433-6036MN |
| 73 | 70310R | D-BLAZE INC Total | (736.69) | - | - | (560.00) | - | (1,296.69) | 4684 US HWY 220 BUSINESSSOUTHASHEBOROUS27205NC |
| 74 | 71202R | MCMASTER-CARR SUPPLY CO Total | - | - | 47.88 | (1,264.80) | - | (1,216.92) | 600 COUNTRY LINE ROADELMHURSTUS60126IL |
| 75 | 71515R | PIEDMONT ELECTRIC MOTOR Total | - | - | - | (1,190.28) | - | (1,190.28) | REPAIR INC4635 US HWY 220 N BUSINESASHEBOROUS27203NC |
| 76 | 11869R | SPRINT/923627831 Total | - | - | (1,110.72) | - | - | (1,110.72) | PO BOX 650270DALLASUS75265TX |
| 77 | 71281R | METALS USA Total | - | - | - | (1,105.01) | - | (1,105.01) | PO BOX 644012PITTSBURGHUS15264-4012PA |
| 78 | 72110R | VILLAGE PRINTING Total | - | - | - | (1,057.58) | - | (1,057.58) | 530 ALBERMARLE ROADASHEBOROUS27203NC |
| 79 | 70316R | DIVERSIFIED ELECTRIC Total | - | (28.04) | (15.32) | (983.25) | - | (1,026.61) | 214 ART BRYAN DRASHEBOROUS27203NC |
| 80 | 71120R | LAIRD TECHNOLOGIES Total | - | (1,009.44) | - | - | - | (1,009.44) | PO BOX 75709CHARLOTTEUS28275-7509NC |
| 81 | 11500R | PITNEY BOWES CREDIT CORP Total | - | (474.14) | - | (503.14) | - | (977.28) | P.O. BOX 85450LOUISVILLEUS40285-6460KY |
| 82 | 70209R | COMPONENT MANUFACTURING Total | - | - | (525.00) | (440.00) | - | (965.00) | 3121 INTERSTATE PKWYBRUNSWICKUS44212OH |
| 83 | 71802R | SEAGROVE/ULAH METROPOLITA Total | - | (941.43) | - | - | - | (941.43) | P.O. BOX 176SEAGROVEUS27341NC |
| 84 | 70930R | JST CORPORATION Total | (448.35) | (448.35) | - | - | - | (896.70) | 1957 S LAKESIDE DRIVEWAUKEGANUS60085IL |
| 85 | 70900R | J.A. KING & CO INC Total | - | (243.00) | (527.00) | (125.60) | - | (895.60) | P.O. BOX 21225GREENSBOROUS27420NC |
| 86 | 70114R | B.S.I. AMERICA INC Total | - | - | (850.00) | - | - | (850.00) | DEPT CH 19307PALATINEUS60055-9307IL |
| 87 | 70815R | IKON OFFICE SOLUTIONS Total | - | (824.18) | - | - | - | (824.18) | PO BOX 740540ATLANTAUS30374-0540GA |
| 88 | 70358R | CAROLINA HOIST AND CRANE Total | - | - | (811.60) | - | - | (811.60) | PO BOX 138603310 EAST WENDOVER AVEGREENSBOROUS27405I |
| 89 | 71883R | IRON MOUNTAIN INFO MANAG Total | - | (150.12) | (152.00) | (454.12) | - | (756.24) | 1031 E MOUNTAIN ST BLDG 321KERNERSVILLEUS27284NC |
| 90 | 70356R | CHEP Total | - | (691.35) | (14.82) | - | - | (706.17) | 8517 SOUTH PARK CIR.ORLANDOUS32819FL |
| 91 | 12111R | VIRTELA COMMUNICATIONS Total | - | (686.97) | - | - | - | (686.97) | DEPT CH 17533PALATINEUS60055-7533IL |
| 92 | 71316R | NATVAR Total | - | - | (500.00) | (170.50) | - | (670.50) | 8720 US 70 WESTCLAYTONUS27520NC |
| 93 | 70250R | CAROLINA FLUID COMPONENTS Total | - | (461.04) | (153.70) | 6.30 | - | (608.44) | 9309 STOCKPORT PLACECHARLOTTEUS28273NC |
| 94 | 70709R | HARVARD FACTORY Total | - | - | - | (601.75) | - | (601.75) | AUTOMATION409 COMMANCHE CIRCLEHARVARDUS60033IL |
| 95 | 70014R | ASHEBORO SUPPLY CO Total | - | (39.90) | (46.40) | (495.59) | - | (581.89) | 1916 S. FAYETTEVILLE STASHEBOROUS27203NC |
| 96 | 71928R | THERMAL LABEL Total | (163.18) | (387.20) | - | - | - | (550.38) | PO BOX 23830KNOXVILLEUS37933TN |
| 97 | 70644R | GARLAND CO Total | - | - | - | (539.86) | - | (539.86) | 3800 EAST 91ST STREETCLEVELANDUS44105OH |
| 98 | 71287R | MARTECH MEDICAL PRODUCTS Total | - | - | (535.50) | - | - | (535.50) | |
| 99 | 70607R | GESSWEIN & CO INC Total | - | - | - | (477.29) | - | (477.29) | 255 HANCOCK AVENUEBRIDGEPORTUS6605CT |
| 100 | 71411R | OR LASERTECHNOLOGY, INC Total | - | (462.68) | - | - | - | (462.68) | 1420 HOWARD STELK GROVE VILLAGEUS60007IL |

| # | Vendor ID | Vendor Name | | | | | Address |
|---|---|---|---|---|---|---|---|
| 101 | 10163R | TOSHIBA (BEST IMAGE) Total | - | - | (437.33) | - | (437.33) 4025 LINDBERGADDISONUS75001TX |
| 102 | 71804R | SYNVENTIVE MOLDING Total | - | - | (434.39) | - | (434.39) 10 CENTENNIAL DRPEABODYUS1960MA |
| 103 | 10425R | ENROUTE NETWORKS LLC Total | - | - | - | (420.00) | (420.00) 3775 ROSWELL ROADSUITE 350MARIETTAUS30062GA |
| 104 | 71589R | PRATT INDUSTRIES Total | - | (411.26) | - | - | (411.26) |
| 105 | 71557R | PENN COLOR, INC. Total | - | - | (407.50) | - | (407.50) 400 OLD DUBLIN PIKEDOYLESTOWNUS18901PA |
| 106 | 70204R | CON-WAY TRANSPORTATION Total | - | - | - | (378.82) | (378.82) |
| 107 | 70105R | BAXTER HEALTHCARE CORP Total | - | (275.93) | - | (94.53) | (370.46) |
| 108 | 71234R | MATSUI AMERICA INC Total | - | - | - | (351.00) | (351.00) 5825 TURNBERRY DRIVEHANOVER PARKUS60133IL |
| 109 | 71524R | PRECISION FASTENERS INC Total | - | (308.63) | - | - | (308.63) 24 WORLD'S FAIR DRUNIT DSOMERSETUS8873NJ |
| 110 | 11910R | SPRINT 895149810 Total | - | - | (151.23) | (136.01) | (287.24) PO BOX 660075DALLASUS75266-0075TX |
| 111 | 70267R | STANLEY SUPPLY & SERVICES Total | - | - | (255.12) | - | (255.12) PO BOX 81016WOBURNUS01813-1016MA |
| 112 | 71889R | SHARP Total | - | - | - | (244.92) | (244.92) 1040 E WENDOVER AVEATLANTAUS31192-0322GA |
| 113 | 70436R | EMI PLASTICS Total | - | - | - | (238.00) | (238.00) P.O. BOX 590JACKSON CENTERUS45334OH |
| 114 | 72113R | VANGUARD PRODUCTS CO Total | - | - | (237.00) | - | (237.00) |
| 115 | 70211R | COLE-PARMER INSTRUMENT CO Total | - | - | - | (207.39) | (207.39) 625 EAST BUNKER COURTVERNON HILLSUS60061-1844IL |
| 116 | 11569R | PITNEY BOWES - PURCHASE PO Total | - | - | - | (193.03) | (193.03) P.O. BOX 856042LOUISVILLEUS40285-6042KY |
| 117 | 70272R | CONTROL SOURCE, INC. Total | - | - | - | (190.95) | (190.95) PO BOX 631MOUNT HOLLYUS28120NC |
| 118 | 71136R | LESLIE EMBLER Total | - | (190.74) | - | - | (190.74) |
| 119 | 72108R | VERIZON WIRELESS Total | - | - | (83.66) | (82.56) | (166.22) P.O. BOX 18000GREENVILLEUS29606-9000SC |
| 120 | 71020R | KINEQUIP, INC Total | - | - | (155.98) | - | (155.98) 5031-F WEST W.T. HARRIS BLVDCHARLOTTEUS28269NC |
| 121 | 72011R | UNISCO INC Total | - | - | - | (149.31) | (149.31) 268 E. MADISON AVECRESSKILLUS7626NJ |
| 122 | 12256R | WORLDWIDE EXPRESS Total | - | (143.40) | - | - | (143.40) 3050 REGENT BLVDSTE 110IRVINGUS75063TX |
| 123 | 11432R | OZARKA Total | - | - | (136.21) | - | (136.21) PO BOX 856680acc 0120919832LOUISVILLEUS40285-6680KY |
| 124 | 70748R | HOSPIRA COSTA RICA LTDA Total | - | - | - | (124.57) | (124.57) |
| 125 | 10286R | CRESCENT RESEARCH SERVICES Total | - | - | - | (120.00) | (120.00) PO BOX 64-3622VERO BEACHUS32964FL |
| 126 | 71811R | STERLING INC Total | - | - | - | (114.15) | (114.15) 5200 W. CLINTON AVENUEMILWAUKEEUS53223WI |
| 127 | 70275R | CAPLUGS Total | - | - | - | (109.67) | (109.67) 2150 ELMWOOD AVE.BUFFALOUS14207NY |
| 128 | 71704R | R & H MOTOR LINES INC Total | - | (65.00) | - | (35.00) | (100.00) 3344 R & H DRIVEASHEBOROUS27205NC |
| 129 | 11853R | SHRED-IT Total | - | (96.30) | - | - | (96.30) 9755 CLIFFORD DRSUITE 150DALLASUS75220TX |
| 130 | 70120R | BARKER AIR & HYDRAULICS Total | - | - | - | (94.56) | (94.56) 1308 & 1310 MILLER ROADGREENVILLEUS29607SC |
| 131 | 70191R | ACHILLES-USA Total | - | (92.50) | - | - | (92.50) 1407 80TH ST S.W.EVERETTUS98203WA |
| 132 | 71241R | MARKEM CORP Total | - | - | - | (86.43) | (86.43) 150 CONGRESS STREETKENNEUS3431NH |
| 133 | 71135R | L-com Total | - | - | (83.45) | - | (83.45) 45 BEECHWOOD DRIVENORTH ANDOVERUS01845-1023MA |
| 134 | 72001R | UPS Total | - | (73.39) | - | - | (73.39) P.O. BOX 7247-0244PHILADELPHIAUS19170-0001PA |
| 135 | 10500R | FEDEX Total | - | (68.91) | - | - | (68.91) PO BOX 94515 PALATINE IL 60094-4515 |
| 136 | 70181R | ALFA AESAR Total | - | - | - | (61.99) | (61.99) |
| 137 | 70004R | ALLEN INDUSTRIAL Total | - | (58.04) | - | - | (58.04) 420 INDUSTRIAL PARK AVEASHEBOROUS27203NC |
| 138 | 70513R | FIVE POINTS MEDICAL Total | - | - | - | (30.00) | (30.00) CENTER INC500 ALBEMARLE ROADASHEBOROUS27204NC |
| 139 | 70167R | AUTOMATIC VENDING SERVICE Total | - | (24.53) | - | - | (24.53) 2045 N. FAYETTEVILLE ST.ASHEBOROUS27203NC |
| 140 | 70207R | CROSS SALES Total | - | (22.11) | - | - | (22.11) P.O. BOX 1026BELMONTUS28012NC |
| 141 | 11740R | RETIREMENT PLAN ADMINISTRATIVE SERVICES | | | | | - 1503 SANTA ROSA RD,STE120RICHMONDUS23229-5105VA |
| 142 | 11322R | MALNORY, MCNEAL&COMPANY PC | | | | | - PO BOX 6028PARISUS75461TX |

## TOOLING VENDORS

| # | Vendor ID | Vendor Name | | | | | Address |
|---|---|---|---|---|---|---|---|
| 16 | 70002R | ACCUCHROME TOOL & MOLD Total | - | - | (12,980.00) | (29,970.00) | (42,950.00) 240 Rock Crusher Road, Asheboro NC 27203 |
| | 70279R | CARSON TOOL & MOLD Total | - | - | (2,550.50) | - | (2,550.50) 3070 MOON STATION ROADKENNESAWUS30144GA |
| 28 | 71741R | RJG INC Total | - | (8,595.00) | - | (1,518.00) | (10,113.00) 3111 PARK DRIVETRAVERSE CITYUS49686MI |
| | 70176R | ACCEDE MOLD AND TOOL CO | | | | | - 1125 LEXINGTON AVEROCHESTERUS14606NY |
| | 70910R | JAECO PRECISION INC | | | | | - 1201 HWY 49 SOUTHASHEBOROUS27203NC |
| | 70370R | CHOICE TOOL & MOLD INC | | | | | - 9131-130 TH AVE NLARGOUS33773FL |
| | 70175R | ALLIANCE CAROLINA TOOL | | | | | - PO BOX 63263CHARLOTTEUS28263-3263NC |
| | 70711R | HUSKY INJECTION MOLDING SYSTEMS SYSTEMS INC | | | | | - 100 HUSKY DRIVEPEACHTREE CITYUS30269GA |
| | NEW | CANON VIRGINIA, INC | | | | | - 12000 CANON BLVD NEWPORT NEWS, VA 23606 |

Total           (3,164,774.10)

B 6G (Official Form 6G) (12/07)

In re  Moll Industries, Inc                         ,         Case No. 10-11371 (MFW)
              Debtor                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| IKON Office Solutions<br>PO Box 740540<br>Atlanta, GA 30374-0540 | Canon CPR IR3570 - Copier<br>Canon CPR IR2830 - Copier<br>Canon CPR IR210S - Copier |
| Pitney Bowes Credit Corp<br>PO Box 85460<br>Louisville, KY 40285-6460 | Postage Meter S#0059169 |
| Best Image Systems<br>(Toshiba)<br>PO BOX 848440<br>DALLAS TX 75284-8440 | Sharp ARM35 35017648 - Copier |
| TMAC<br>755 Greenleaf Ave<br>Elk Grove Village, IL 60007 | Toshiba 390T Molding Press<br>Toshiba 310T Molding Press<br>Toshiba 240T Molding Press |
| Medrad<br>625 Alpha Drive<br>Pittsburgh PA 15238 | Medrad Supply Agreement |
| Tarheel Plastics<br>2018 E US Highway 64 | Earn-out Agreement with Tarheel Plastics in connection with Lexington's facility sale |

B 6G (Official Form 6G) (12/07)

In re  Moll Industries, Inc                ,        Case No. 10-11371 (MFW)
         **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Berkenhoff GmbH<br>Berkenhoffstrasse 14 \| D-35452 Heuchelheim | Tooth brush Royalty Agreement |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B 6H (Official Form 6H) (12/07)

In re  Moll Industries, Inc        ,  Case No. 10-11371 (MFW)
             Debtor                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Moll Holdings , Inc<br>13455 Noel Road Suite 1310<br>Dallas , TX 75240 | Moll Industries Inc,<br>13455 Noel Road Suite 1310<br>Dallas , TX 75240 |
| Moll Latin America Holdings, Inc<br>13455 Noel Road Suite 1310<br>Dallas , TX 75240 | Moll Industries Inc,<br>13455 Noel Road Suite 1310<br>Dallas , TX 75240 |
| Moll Europe Holdings, Inc,<br>13455 Noel Road Suite 1310<br>Dallas , TX 75240 | Moll Industries Inc,<br>13455 Noel Road Suite 1310<br>Dallas , TX 75240 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Moll Industries, Inc  ,  Case No. 10-11371 (MFW)
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  6·11·10　　　　　　　　　　　　　Signature: _[signature]_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date _____　　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)

　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

　　I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____　　　Social Security No. _____
Printed or Typed Name and Title, if any,　　　*(Required by 11 U.S.C. § 110.)*
of Bankruptcy Petition Preparer

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____　　　_____
Signature of Bankruptcy Petition Preparer　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____
　　　　　　　　　　　　　　　　　Signature: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.